10452-85
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KIMBERLY BRIGHAM, Individually and as Independent Administrator of the Estate of JAMES B. BRIGHAM, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>COLES COUNTY, ILLINOIS, JIMMY RANKIN, COLES COUNTY DEPUTIES WILLIAM BILBREY, SAMUEL A. JACKSON, & DEPUTY JOHN DOE (ID# 288),<br><br>    Defendants. | No. 19-cv-01300-CSB-EIL |

## ENTRY OF APPEARANCE

NOW COMES BRYAN J. VAYR of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as co-counsel on behalf of the Defendants, COLES COUNTY, ILLINOIS, JIMMY RANKIN, WILLIAM BILBREY and SAMUEL A. JACKSON, in the above-captioned matter, and hereby states that he has been admitted to practice in the United States District Court, Central District of Illinois, and that he is a member in good standing of the Bar of this Court.

DEFENDANTS DEMAND A TRIAL BY JURY

        COLES COUNTY, ILLINOIS, JIMMY RANKIN, WILLIAM BILBREY and SAMUEL A. JACKSON, Defendants

        BY: s/Bryan J. Vayr
        Bryan J. Vayr, ARDC #: 6327729
        HEYL, ROYSTER, VOELKER & ALLEN
        Suite 505, 301 N. Neil Street
        Champaign, IL 61820
        Telephone  217.344.0060
        Email:  bvayr@heylroyster.com

## PROOF OF SERVICE

      I hereby certify that on October 21, 2019, I electronically filed the foregoing ENTRY OF APPEARANCE, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Chad S. Beckett
Andrew W. B. Bequette
Juan C. Bernal
Beckett Law Office, P.C.
508 S. Broadway
Urbana, IL 61801

      I also hereby certify that I have mailed, by United States Postal Service, the foregoing to the following non-CM/ECF participant: None.

                                                              s/Bryan J. Vayr
                                                             Heyl, Royster, Voelker & Allen

36908361_1