10452-85
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY BRIGHAM, Individually and as Independent Administrator of the Estate of JAMES B. BRIGHAM, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 19-cv-01300-SEM-EIL ) |
| COLES COUNTY, ILLINOIS, JIMMY RANKIN, COLES COUNTY DEPUTIES WILLIAM BILBREY, SAMUEL A. JACKSON, & DEPUTY JOHN DOE (ID# 288), | ) ) ) ) ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSE INITIAL DISCLOSURES**

NOW COME the Defendants, COLES COUNTY, ILLINOIS, JIMMY RANKIN, WILLIAM BILBREY and SAMUEL A. JACKSON, by HEYL, ROYSTER, VOELKER & ALLEN, and hereby move the Court for a brief extension of time, up to and including February 7, 2020, for all parties to file their initial Rule 26 disclosures pursuant to the requirements of Fed. R. Civ. P. 26(a)(1). In support of said motion, the Defendants state as follows:

1. Pursuant to the Court's Minute Entry entered on December 19, 2019, the initial disclosure deadline was set for February 3, 2020. (d/e #15).

2. The undersigned requests a brief extension of time, until February 7, 2020, to prepare the disclosures.

3. The undersigned counsel has communicated with counsel for the Plaintiff, Chad Beckett, who is in agreement to extend the deadline for all parties to make their initial Rule 26 disclosures to February 7, 2020.

4. Therefore, the parties request that this Court extend the initial disclosure deadline to February 7, 2020.

5. This motion is made in good faith, and not for the purposes of delay.

6. No party will be unduly prejudiced if this motion is granted.

WHEREFORE, the Defendants, COLES COUNTY, ILLINOIS, JIMMY RANKIN, WILLIAM BILBREY and SAMUEL A. JACKSON, respectfully request this Court for a brief extension of time, up to and including February 7, 2020, for the Plaintiff and Defendants to disclose their initial Rule 26 disclosures in this matter, and for such other relief as this Court deems necessary and just.

Respectfully submitted,

COLES COUNTY, ILLINOIS, JIMMY RANKIN, WILLIAM
BILBREY and SAMUEL A. JACKSON, Defendants

BY: /s/Brian M. Smith
Brian M. Smith, ARDC #: 6293822
HEYL, ROYSTER, VOELKER & ALLEN
Suite 505, 301 N. Neil Street
Champaign, IL 61820
Telephone  217.344.0060
Email:  bsmith@heylroyster.com

**PROOF OF SERVICE**

      I hereby certify that on February 3, 2020, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSE INITIAL DISCLOSURES, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Chad S. Beckett
Andrew W. B. Bequette
Juan C. Bernal
Beckett Law Office, P.C.
508 S. Broadway
Urbana, IL 61801

      I also hereby certify that I have mailed, by United States Postal Service, the foregoing to the following non-CM/ECF participant: None.

                                                                     s/Brian M. Smith
                                                                    Heyl, Royster, Voelker & Allen

37525565_1