# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| KIMBERLY BRIGHAM, Individually and as Independent Administrator of the Estate of JAMES B. BRIGHAM, Deceased<br><br>Plaintiff,<br><br>v.<br><br>COLES COUNTY, ILLINOIS, JIMMY RANKIN, COLES COUNTY DEPUTIES WILLIAM BILBREY, SAMUEL A. JACKSON, & DEPUTY JOHN DOE (ID# 288)<br><br>Defendants. | Case No. 2019-CV-01300-CSB-EIL |

## CERTIFICATE OF FILING AND SERVICE

The undersigned attorney certifies that on February 7, 2020, he caused a copy of (1) Plaintiffs' Rule 26(a)(1) Initial Disclosures; and (2) this Certificate of Filing and Service to be served, via email at the e-mail addresses indicated below, on the attorneys of record in the above-captioned matter:

**BRIAN M. SMITH**
E-mail: bsmith@heylroyster.com
**BRIAN J. VAYR**
E-mail: bvayr@heylroyster.com
**HEYL, ROYSTER, VOELKER & ALLEN**
Suite 505, 301 N. Neil Street
Champaign, Illinois 61820
Phone: (217) 344-0060

The undersigned further certifies that on February 7, 2020, he also electronically filed this Certificate of Filing and Service with the Clerk of the Court using the CM/ECF System.

By: /s/ Chad S. Beckett         .
CHAD S. BECKETT, Counsel for Plaintiff

**CHAD S. BECKETT (ARDC #6255615)**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana, IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: chad@beckettlawpc.com